JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRONZELINK HOLDINGS LIMITED, a British Virgin Islands Company

　　　　　Petitioner,

v.

STM ATLANTIC, N.V., a Netherlands Company; EMIL YOUSSEFZADEH, an individual; UMAR JAVED, an individual.

　　　　　Respondents.

Case No. 2:25-cv-6783-JLS-PVC

**FINAL JUDGMENT**

The Court, having granted Petitioner Bronzelink Holdings Limited's Petition to Confirm Final Arbitration Award (Doc. 37), it is HEREBY ORDERED AND ADJUDGED:

Judgment is entered against Defendants STM Atlantic N.V., Emil Youssefzadeh, and Umar Javed, jointly and severally, in favor of Bronzelink Holdings Limited, in the total amount of US$5,791,500.[1]  Interest shall accrue on the unpaid amount of this judgment, as allowed under 28 U.S.C. § 1961(a) and (b), from the date of entry of this judgment until this judgment is fully satisfied at the rate of 3.48%.

Dated: February 18, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

---

[1] On February 21, 2025, the date of the Final Award, the exchange rate was 1 HK$ = 0.12870 USD. *See* https://www.exchange-rates.org/exchange-rate-history/hkd-usd-2025-02-21.  This rate yields a judgment in the amount of $5,791,500.

2